| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ERIC HUGGINS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00080 AWI |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| v. | ) | HEARING |
| | ) | |
| ERIC HUGGINS, | ) | DATE: December 12, 2011 |
| | ) | TIME: 10:00 A.M. |
| *Defendant.* | ) | JUDGE: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 24, 2011, **may be continued to December 12, 2011 at 10:00 a.m.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. Defense anticipates the government will send a plea agreement over this week. Additional time will then be needed to review the agreement, make the appropriate guideline calculations, to consult with the client, and potentially to make a counter-offer.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 17, 2011     By:  /s/ Henry Carbajal
                                 HENRY CARBAJAL
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 DANIEL J. BRODERICK
                                 Federal Defender

DATED: October 17, 2011     By:  /s/ Charles J. Lee
                                 CHARLES J. LEE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ERIC HUGGINS

# **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  October 17, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE