```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  ANN H. VORIS, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  ERIC HUGGINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 1:11-cr-00080 AWI |
| Plaintiff, | ) | |
| | ) | STIPULATION & ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| ERIC HUGGINS, | ) | Date: June 11, 2012 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for April 23, 2012, **may be continued to June 11, 2012 at 10:00 a.m.**

The reason for the continuance is to permit newly assigned defense counsel additional time to review discovery, further investigation, and plea negotiation. This continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

///

///

///

|     |                          |                                                              |
|-----|--------------------------|--------------------------------------------------------------|
|  1  |                          | BENJAMIN WAGNER<br>United States Attorney                    |
|  2  |                          |                                                              |
|  3  | DATED:  April 17, 2012   | By:   /s/ *Henry Z. Carbajal III*                            |
|  4  |                          | HENRY Z. CARBAJAL III<br>Assistant United States Attorney<br>Attorney for Plaintiff |

DATED:  April 17, 2012

DANIEL J. BRODERICK
Federal Defender

DATED:  April 17, 2012        By:    /s/  *Ann H. Voris*
                                     ANN H. VORIS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Eric  Huggins

## **O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to  §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated:    April 18, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

Huggins - Stipulation & Order to Continue
Status Conference Hearing