```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  DAVID L. GAPPA
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
    Facsimile:  (559) 497-4099
 5
    Attorneys for the
 6  United States of America

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      ) 1:11-CR-00080-AWI
                                   )
11              Plaintiff,         ) PRELIMINARY ORDER OF
                                   ) FORFEITURE
12        v.                       )
                                   )
13  ERIC HUGGINS,                  )
                                   )
14              Defendant.         )
                                   )
15  _____    )

16        Based upon the plea agreement entered into between United States
17  of America and defendant Eric Huggins, it is hereby
18  ORDERED, ADJUDGED AND DECREED as follows:
19        1.    Pursuant to 18 U.S.C. § 2323(b), defendant Eric Huggins'
20  interest in the following property shall be condemned and forfeited
21  to the United States of America, to be disposed of and destroyed
22  according to law:
23              a.    19 Adidas Jerseys,
                b.    2 Adidas Shirts,
24              c.    2 Bebe Jeans,
                d.    11 Bebe Sunglasses,
25              e.    3 Burberry Handbags,
                f.    6 Chanel Handbags,
26              g.    10 Chanel Hats,
                h.    7 Chanel Scarves,
27              i.    27 Chanel Sunglasses,
                j.    4 Chanel Watches,
28              k.    2 Christian Dior Sunglasses,
                l.    26 Coach Handbags,
```

        m. 3 Coach Scarves,
        n. 2 Coach Suitcases,
        o. 10 Coach Sunglasses,
        p. 3 Coach Wallets,
        q. 4 Dooney & Bourke Handbags,
        r. 2 Dooney & Bourke Key Chains,
        s. 5 Ed Hardy Dresses,
        t. 2 Ed Hardy Handbags,
        u. 2 Ed Hardy Jeans,
        v. 13 Ed Hardy Sunglasses,
        w. 6 Ed Hardy T-Shirts,
        x. 5 Ed Hardy Wallets,
        y. 2 Fendi Handbags,
        z. 3 Fendi Sunglasses,
        aa. 2 Fendi Visors,
        bb. 2 FEndi Wallets,
        cc. 23 Gucci Handbags,
        dd. 24 Gucci Sunglasses,
        ee. 2 Gucci Wallets,
        ff. 4 Juicy Couture Handbags,
        gg. 3 Juicy Couture Sunglasses,
        hh. 4 Kate Spade Handbags,
        ii. 6 Lacoste Sunglasses,
        jj. 2 Louis Vuitton Fanny Packs,
        kk. 27 Louis Vuitton Handbags,
        ll. 2 Louis Vuitton Laptop Bags,
        mm. 18 Louis Vuitton Sunglasses,
        nn. 2 Louis Vuitton Umbrellas,
        oo. 2 Louis Vuitton Visors,
        pp. 5 Louis Vuitton Wallets,
        qq. 2 Louis Vuitton Watches,
        rr. 2 Mitchell & Ness Jerseys,
        ss. 9 Prada Handbags,
        tt. 18 Prada Sunglasses,
        uu. 9 Ray Ban Sunglasses,
        vv. 23 Reebok Jerseys,
        ww. 2 True Religion Jeans,
        xx. 2 Victoria's Secret Shirts, and
        yy. 194 NFL and NBA merchandise items seized from the defendant on or about February 14, 2011.

    2. The above-listed assets constitute property bearing a counterfeit mark on or in connection with the goods in which the defendant trafficked, or attempted to traffic, was used, intended to be used, in any manner or part to commit or facilitate the commission of a violation of 18 U.S.C. § 2320(a).

    3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United

States Department of Homeland Security, Customs and Border Protection in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: July 15, 2013

_____
SENIOR DISTRICT JUDGE