HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. McGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
ERIC HUGGINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-0080 AWI |
| Plaintiff, | **ORDER RECOMMENDING DESIGNATION OF DETENTION FACILITY** |
| vs. | |
| ERIC HUGGINS, | |
| Defendant. | Judge: Hon. Anthony W. Ishii |

Upon due consideration the court hereby recommends that defendant, Eric Huggins, be housed at the Federal Facility at Taft, California.

IT IS SO ORDERED.

Dated: November 8, 2013

SENIOR DISTRICT JUDGE