BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00080-AWI |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ERIC HUGGINS, | |
| Defendant. | |

WHEREAS, on July 15, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Eric Huggins in the following property:

    a. 19 Adidas Jerseys,
    b. 2 Adidas Shirts,
    c. 2 Bebe Jeans,
    d. 11 Bebe Sunglasses,
    e. 3 Burberry Handbags,
    f. 6 Chanel Handbags,
    g. 10 Chanel Hats,
    h. 7 Chanel Scarves,
    i. 27 Chanel Sunglasses,
    j. 4 Chanel Watches,
    k. 2 Christian Dior Sunglasses,
    l. 26 Coach Handbags,
    m. 3 Coach Scarves,
    n. 2 Coach Suitcases,
    o. 10 Coach Sunglasses,
    p. 3 Coach Wallets,
    q. 4 Dooney & Bourke Handbags,

r. 2 Dooney & Bourke Key Chains,
s. 5 Ed Hardy Dresses,
t. 2 Ed Hardy Handbags,
u. 2 Ed Hardy Jeans,
v. 13 Ed Hardy Sunglasses,
w. 6 Ed Hardy T-Shirts,
x. 5 Ed Hardy Wallets,
y. 2 Fendi Handbags,
z. 3 Fendi Sunglasses,
aa. 2 Fendi Visors,
bb. 2 FEndi Wallets,
cc. 23 Gucci Handbags,
dd. 24 Gucci Sunglasses,
ee. 2 Gucci Wallets,
ff. 4 Juicy Couture Handbags,
gg. 3 Juicy Couture Sunglasses,
hh. 4 Kate Spade Handbags,
ii. 6 Lacoste Sunglasses,
jj. 2 Louis Vuitton Fanny Packs,
kk. 27 Louis Vuitton Handbags,
ll. 2 Louis Vuitton Laptop Bags,
mm. 18 Louis Vuitton Sunglasses,
nn. 2 Louis Vuitton Umbrellas,
oo. 2 Louis Vuitton Visors,
pp. 5 Louis Vuitton Wallets,
qq. 2 Louis Vuitton Watches,
rr. 2 Mitchell & Ness Jerseys,
ss. 9 Prada Handbags,
tt. 18 Prada Sunglasses,
uu. 9 Ray Ban Sunglasses,
vv. 23 Reebok Jerseys,
ww. 2 True Religion Jeans,
xx. 2 Victoria's Secret Shirts, and
yy. 194 NFL and NBA merchandise items seized from the defendant on or about February 14, 2011.

AND WHEREAS, beginning on August 9, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or

entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Eric Huggins.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: November 15, 2013

_____
SENIOR DISTRICT JUDGE